# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CONTRACT BUILDERS HARDWARE, INC.  §  Case No. 12-07183
§
§
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 06/18/2013 in Courtroom 744, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/08/2013  By:  /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CONTRACT BUILDERS HARDWARE, INC.          §     Case No. 12-07183
                                                                             §
                                                                             §
Debtor(s)                                                                §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $          92,670.19 |
| *and approved disbursements of* | $          5,354.01 |
| *leaving a balance on hand of* [1] | $          87,316.18 |

**Balance on hand:**                    $          87,316.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

Total to be paid to secured creditors:     $          0.00
Remaining balance:     $          87,316.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 7,883.51 | 0.00 | 7,883.51 |
| Trustee, Expenses - DEBORAH K. EBNER | 14.12 | 0.00 | 14.12 |
| Attorney for Trustee, Fees - Quarles & Brady LLP | 26,752.95 | 0.00 | 26,752.95 |
| Attorney for Trustee, Expenses - Quarles & Brady LLP | 774.50 | 0.00 | 774.50 |
| Accountant for Trustee, Fees - Popowcer Katten | 7,179.00 | 0.00 | 7,179.00 |
| Accountant for Trustee, Expenses - Popowcer Katten | 5.50 | 0.00 | 5.50 |

Total to be paid for chapter 7 administration expenses:     $          42,609.58
Remaining balance:     $          44,706.60

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 44,706.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,269.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18P | Pension Benefit Guaranty Corporation | 1,732.00 | 0.00 | 1,732.00 |
| 19P | Pension Benefit Guaranty Corporation | 120.00 | 0.00 | 120.00 |
| 22P | Pension Benefit Guaranty Corporation | 3,276.00 | 0.00 | 3,276.00 |
| 23P | Pension Benefit Guaranty Corporation | 141.66 | 0.00 | 141.66 |

Total to be paid for priority claims: $ 5,269.66

Remaining balance: $ 39,436.94

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,576,356.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cit Technology Financing Services Inc | 3,823.00 | 0.00 | 58.52 |
| 2 | Gondal Enterprises Inc | 221.28 | 0.00 | 3.39 |
| 3 | Wurth Baer Supply Company | 341.30 | 0.00 | 5.22 |
| 4 | Universal Industrial Products Inc | 711.65 | 0.00 | 10.89 |
| 5 | Omnia Industries Inc | 3,334.90 | 0.00 | 51.05 |
| 6 | Boyle & Chase Inc | 4,701.76 | 0.00 | 71.97 |
| 7 | Riobel | 582.35 | 0.00 | 8.91 |

**UST Form 101-7-NFR (10/1/2010)**

| 8 | Cal Royal | 2,694.15 | 0.00 | 41.24 |
| 9 | Bommer Industries Inc | 2,352.92 | 0.00 | 36.02 |
| 10 | Dekkor (North America) Inc. | 24.60 | 0.00 | 0.38 |
| 11 | Deltana Enterprises, Inc. | 2,593.52 | 0.00 | 39.70 |
| 12 | Rockwood Manufacturing | 431.82 | 0.00 | 6.61 |
| 13 | Cardinal Glass Company | 448.96 | 0.00 | 6.87 |
| 14 | Rocky Mountain Harware Inc | 399.58 | 0.00 | 6.12 |
| 15 | Baldwin Hardware Corporation | 47,161.84 | 0.00 | 721.92 |
| 17 | Pension Benefit Guaranty Corporation | 1,346,396.00 | 0.00 | 20,609.62 |
| 18U | Pension Benefit Guaranty Corporation | 581,827.00 | 0.00 | 8,906.17 |
| 19U | Pension Benefit Guaranty Corporation | 30,000.00 | 0.00 | 459.22 |
| 21 | Pension Benefit Guaranty Corporation | 367,289.00 | 0.00 | 5,622.19 |
| 22U | Pension Benefit Guaranty Corporation | 143,521.00 | 0.00 | 2,196.91 |
| 23U | Pension Benefit Guaranty Corporation | 37,500.00 | 0.00 | 574.02 |

Total to be paid for timely general unsecured claims:   $   39,436.94

Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00

Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Prepared By:  /s/DEBORAH K. EBNER _____

Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-07183-ERW
Contract Builders Hardware, Inc.                                          Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: pseamann          Page 1 of 3          Date Rcvd: May 11, 2013
                             Form ID: pdf006          Total Noticed: 94


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2013.
```
db           #+Contract Builders Hardware, Inc.,    1203 South Northwest Highway,   Barrington, IL 60010-5203
18535836     +ASSA ABLOY Credit Services,   110 Sargent Drive,   New Haven, CT 06511-5918
18535828     +Accurate Lock and Hardware,   One Annie Place,   Stamford, CT 06902-5503
18535829     +Acme Manufacturing Co.,   4661 Monaco Street,   Denver, CO 80216-3304
18535830     +Acorn Manufacturing,   P.O. Box 31,   457 School Street,   Mansfield, MA 02048-2011
18535831     +Activar Construction Products,   P.O. Box 86,   Minneapolis, MN  55486-1132
18535832      Addison Hardware,   P.O. Box 805329,   Chicago, IL  60680-4114
18535833     +Akron Hardware Consultants,   1100 Killian Road,   Akron, OH 44312-4730
18535834     +Albert M. Lies III,   3705 Lindsay Lane,   Crystal Lake, IL 60014-4781
18535837     +Babcock Davis,   9300 73rd Avenue,   Brooklyn Park, MN 55428-1013
18535838     +Baldwin Hardware,   6161 E. 75th Street,   Indianapolis, IN 46250-2701
19043463     +Baldwin Hardware Corporation,   Thomas S Marrion Esq,   Hinckley Allen & Snyder LLP,
               20 Church Street,   Hartford, CT 06103-1248
18535839     +Belvedere,   2425 3rd Street,   San Francisco, CA 94107-3110
18535840     +Benjamin A. Yellin,   120 Haverton Way,   Barrington, IL 60010-2469
18535841      Bobrick Washroom Equipment Inc,   P.O. Box 513172,   Los Angeles, CA  90051-1172
18535842     +Bommer Industries Inc,   19810 Asheville Highway,   Landrum, SC 29356-9027
18725668     +Boyle & Chase Inc,   Attn David Keyo,   P O Box 74,   Accord, MA 02018-0074
18535844      Boyle & Chase, Inc.,   P.O. Box 74,   Accord, MA  02018-0074
18535857     +CRF Solutions,   P.O. Box 1389,   2051 Royal Avenue,   Simi Valley, CA 93065-4679
18535845     +Cal Crystal,   1130 Burnett Avenue,   Suite Q,   Concord, CA 94520-5639
18535846     +Cal Royal,   6605 Flotilla Street,   Commerce, CA 90040-1815
18535847     +Cardinal Glass Company,   P.O. Box 707,   1087 Research Parkway,   Rockford, IL 61109-5907
18938864     +Cardinal Glass Company,   1087 Research Parkway,   Rockford, IL 61109-5907
18535848      Cifial USA, LLC,   P.O. Box 534349,   Atlanta, GA  30353-4349
18682295     +Cit Technology Financing Services Inc,   Bankruptcy Processing Solutions Inc,
               1162 E Sonterra Blvd Ste 130,   San Antonio, TX 78258-4048
18535849      Classic Brass,   P.O. Box 3563,   Jamestown, NY  14702-3563
18535850     +Classic Hardware, Inc.,   P.O. Box 73,   Bedminster, NJ 07921-0073
18535851     +Colonial Bronze Company,   P.O. Box 207,   Torrington, CT 06790-0207
18535855     +Converged Communicationn Sys,   2930 Central Street,   Evanston, IL 60201-1244
18535856      Courterco, Inc.,   P.O. Box 63-2327,   Cincinnati, OH  45263-2327
18535853     +Defined Benefit Pension Plan,   Defined Benefit Pension Plan,   1203 S. Northwest Highway,
               Barrington, IL 60010-5203
18535858      Dekkor (North America) Inc.,   411 Horner Avenue , Unit 9,   Toronto, ON Canada,   M8W 4W3
18535859      Deltana Enterprises, Inc.,   10820 NW29 Street,   Miami, FL  33172
18535860     +Dobe Agency,   120 Haverton Way,   Barrington, IL 60010-2469
18535861      Don-Jo,   P.O. Box 929,   Sterling, MA  01564-0929
18535862     +Dorbin Metal Strip Co., Inc.,   2404 South Cicero Avenue,   Cicero, IL  60804-3442
18535864      EPCO Sales,   P.O. Box 108,   Flint, MI  48501-0108
18535863     +Emenee,   4231 Park Avenue,   Bronx, NY 10457-4248
18535852     +Employees' Profit Sharing Plan,   1203 S. Northwest Highway,   Barrington, IL 60010-5203
18535865     +Gaines Mfg.,   12200 Kirkham Road,   Poway, CA 92064-6806
18535866     +Gatco,   P.O. Box 5058,   1550 Factor Avenue,   San Leandro, CA 94577-5616
18703937     +Gondal Enterprises Inc,   Signature Brass,   22809 Mustang Rd Unit A,   Frankfort, IL 60423-2560
18535867     +Grand Specialties Co.,   P.O. Box 541403,   Merritt Island, FL 32954-1403
18535869     ++HARDWARE RESOURCES,   21240 FOSTER ROAD,   SUITE 2,   SPRING TX 77388-4248
             (address filed with court:  Hardware Resources,   Box 347030,   Pittsburgh, PA  15251-4030)
18535870     +Hi Line,   3775 NW 124th Avenue,   Coral Springs, FL 33065-2447
18535871     +Hoppe North America, Inc.,   205 E. Blackhawk Drive,   Fort Atkinson, WI 53538-1268
18535872      IDH by St. Simons, Inc.,   P.O. Box 6776,   Orange, CA 92863-6776
18535873     #+Janzer Corporation,   9 Chelten Way,   Trenton, NJ 08638-5000
18535874     +Knape & Vogt,   2700 Oak Industrial Dr. NE,   Grand Rapids, MI 49505-6081
18535876      Konica Minolta,   P.O. Box 550599,   Jacksonville, FL  32255-0599
18535875     +Konica Minolta,   One Deerwood,   10201 Ce nturion Pkway N # 100,   Jacksonville, FL 32256-4114
18535877      Konica Minolta Business Sol.,   USA Inc.,   Dept. CH 19188,   Palatine, IL  60055-9188
18535878     +La Forge,   2425 3rd Street,   San Francisco, CA 94107-3110
18535879     +Lewis Dolan, Inc.,   P.O. Box 239,   Katonah, NY 10536-0239
18535880     +Merit Metal Products,   242 Valley Road,   Warrington, PA 18976-2595
18535881      Newell Rubbermaid,   75 Remittance Drive,   Suite 1167,   Chicago, IL  60675-1167
18535882     +Notting Hill Decorative Hard.,   P.O. Box 1376,   Lake Geneva, WI 53147-6376
18720732     +Omnia Industries Inc,   5 Cliffside Drive,   Cedar Grove, NJ 07009-1278
18535883     +Omnia Industries, Inc.,   5 Cliffside Drive,   Box 330,   Cedar Grove, NJ 07009-1278
18535884     +Pemko Manufacturing Co.,   P.O. Box 31001-1250,   Pasadena, CA  91110-0823
19045560      Pension Benefit Guaranty Corporation,   Attn: Joseph M. Krettek, Attorney,
               Office of the Chief Counsel,   1200 K Street, N.W., Suite 340,   Washington, D.C. 20005-4026
18535885     +Pepper Management, LLC,   P.O. Box 187,   Mineral Point, WI 53565-0187
18535886     +Potter Roemer,   1350 N. Michael Drive,   Suite B,   Wood Dale, IL 60191-1083
18535887     +Presley Manufacturing,   308 West Mill Street,   Plainville, KS 67663-2229
18535888     +Qualarc,   11300 Trade Center Drive,   Suite A,   Rancho Cordova, CA 95742-6330
18535893     +RK International,   5607 Hartsdale Drive,   Houston, TX 77036-2109
18535889     +Rajack Hardware Co.,   95 Rome Street,   Farmingdale, NY 11735-6606
18535891      Richelieu America Ltd.,   7021 Sterling Ponds Blvd.,   Sterling Heights, MI  48312-5809
18535892      Riobel,   820, Nobel,   St. Jerome,   Quebec, Canada  J7ZTA3
```

```
District/off: 0752-1          User: pseamann          Page 2 of 3          Date Rcvd: May 11, 2013
                             Form ID: pdf006          Total Noticed: 94

18911385   +Rockwood Manufacturing,   300 Main Street,   Rockwood, PA 15557-1023
18535894    Rockwood Manufacturing Co.,   P.O. Box 644489,   Pittsburgh, PA 15264-4489
18535895   +Rocky Mountain Hardware,   1020 Airport Way,   P.O. Box 4108,   Hailey, ID 83333-4108
18944238   +Rocky Mountain Harware Inc,   P O Box 4108,   Hailey, ID 83333-4108
18535896   +Schaub & Company,   4740 Talon Court SE,   Suite 4,   Grand Rapids, MI 49512-5462
18535898   +Security Lock Distributors,   P.O. Box 95,   Westwood, MA 02090-0095
18535899   +Signature Brass,   22809 Mustang Road,   Unit A,   Frankfort, IL 60423-2560
18535900   +Siro Designs, Inc.,   5001 N. Hiatus Road,   Sunrise, FL 33351-8018
18535901   +Steel Crest Registers & Grille,   4141 E. Raymond Street,   Suite E,   Phoenix, AZ 85040-0904
18535902   +Steven A. Yellin,   217 Alpine Drive,   Lake Zurich, IL 60047-1329
18535904   +Top Knobs,   PO Box 779,   Belle Mead, NJ 08502-0779
18535903   +Top Knobs,   170 Township Line Road,   Hillsborough, NJ 08844-3867
18535905    Top Notch Distributors, Inc.,   P.O. Box 189,   Honesdale, PA 18431-0189
18535907   +Unison Architectural Hardware,   6 Wayne Court,   Sacramento, CA 95829-1300
18535908   +Universal Industrial Products,   One Coreway Drive,   P.O. Box 628,   Pioneer, OH 43554-0628
18720727    Universal Industrial Products Inc,   One Coreway Drive,   Ouibeer, OH 43554
18535910    Von Morris Corporation,   2nd & Erie Streets,   Camden, NJ 08102
18535911    Whitehall Products,   1345 Momentum Place,   Chicago, IL 60689-5311
18535912   +William Babbit Weisman,   5255 N. federal Highway,   3rd Floor,   Boca Raton, FL 33487-4913
18535913   +Wrth Baer Supply Company,   909 Forest Edge Drive,   Vernon Hills, IL 60061-3149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18535835    E-mail/Text: abhinfo@abhmfg.com May 11 2013 17:19:38   Architectural Builders Hardwar,
             1222 Ardmore Avenue,   Itasca, IL 60143-1141
18535843   +E-mail/Text: ruben@bouvet.com May 11 2013 18:38:26   Bouvet,   2425 3rd Street,
             San Francisco, CA 94107-3110
18535897   +E-mail/Text: pmangi@aol.com May 11 2013 15:03:37   Schulof Company,
             4701 North Ravenswood Ave.,   Chicago, IL 60640-4407
18535906    E-mail/Text: acall@trimcobbw.com May 11 2013 15:22:25   Trimco,   3528 Emery Street,
             P.O. Box 23277,   Los Angeles, CA 90023-0277
18720725   +E-mail/Text: rkeck@wurthbaersupply.com May 11 2013 19:10:52   Wurth Baer Supply Company,
             909 Forest Edge Dr,   Vernon Hills, IL 60061-3149
                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18535854*   +Contract Builders Hardware, Inc.,   1203 South Northwest Highway,   Barrington, IL 60010-5203
18535868   ##+Hamilton Sinkler,   31 East 32nd Street,   11th Floor,   New York, NY 10016-5509
18535890   ##+Richard H. Fimoff,   25 East Washington Street,   Suite 1000,   Chicago, IL 60602-1705
18535909   ##+Universal Plumbing & Heating,   Waterware, Inc.,   1829 S. State Street,   Chicago, IL 60616-1610
                                                                 TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2013          Signature:   *Joseph Speetjens*

District/off: 0752-1              User: pseamann          Page 3 of 3                Date Rcvd: May 11, 2013
                                 Form ID: pdf006         Total Noticed: 94

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2013 at the address(es) listed below:
          Deborah  Kanner Ebner   on behalf of Accountant Lois  West dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Faye B Feinstein   on behalf of Trustee Deborah  Kanner Ebner faye.feinstein@quarles.com,
           stella.love@quarles.com;anthony.steinike@quarles.com
          Joseph M Krettek   on behalf of Creditor    Pension Benefit Guaranty Corporation
           krettek.joseph@pbgc.gov,  efile@pbgc.gov
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Richard H Fimoff   on behalf of Debtor   Contract Builders Hardware, Inc. rfimoff@rsplaw.com,
           fb@rsplaw.com
          Sarah  Baker   on behalf of Trustee Deborah  Kanner Ebner sarah.baker@quarles.com,
           milli.zukowsky@quarles.com
                                                                                    TOTAL: 7