# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CONTRACT BUILDERS HARDWARE, INC.          Case No. 12-07183
_____,   Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $33,000.00            Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $43,984.68      Claims Discharged
                                                 Without Payment: $4,348,516.74

Total Expenses of Administration: $48,685.51

---

    3) Total gross receipts of $ 92,670.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $92,670.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 49,407.43 | 49,407.43 | 48,685.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,269.66 | 5,269.66 | 5,269.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,878,266.71 | 3,507,966.63 | 2,576,356.63 | 38,715.02 |
| **TOTAL DISBURSEMENTS** | $1,878,266.71 | $3,562,643.72 | $2,631,033.72 | $92,670.19 |

   4) This case was originally filed under Chapter 11 on February 27, 2012 and it was converted to Chapter 7 on February 27, 2012. The case was pending for 23 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/25/2014           By:  /s/DEBORAH K. EBNER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Company operating/checking account | 1129-000 | 26,563.73 |
| Miscellaneous office equipment | 1121-000 | 1,178.40 |
| Finished hardware, steel doors, frames, etc | 1129-000 | 49,894.00 |
| Class Action Law Suit Award | 1249-000 | 34.06 |
| Settlement with Estate of Benjamin Yellin | 1141-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$92,670.19** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T | 2410-000 | N/A | 467.94 | 467.94 | 467.94 |
| Trustee Insurance Agency | 2420-000 | N/A | 1,932.54 | 1,932.54 | 1,932.54 |
| Clerk of US Bankruptcy Court | 2700-000 | N/A | 721.92 | 721.92 | 0.00 |
| Clerk of US Bankruptcy Court | 2700-000 | N/A | 721.92 | 721.92 | 721.92 |
| International Sureties | 2300-000 | N/A | 66.56 | 66.56 | 66.56 |
| DEBORAH K. EBNER | 2100-000 | N/A | 7,883.51 | 7,883.51 | 7,883.51 |
| DEBORAH K. EBNER | 2200-000 | N/A | 14.12 | 14.12 | 14.12 |
| Commonwealth Edison | 2410-000 | N/A | 330.64 | 330.64 | 330.64 |
| Champion Energy, LLC | 2410-000 | N/A | 489.16 | 489.16 | 489.16 |
| American Auction Associates, Inc | 2500-000 | N/A | 565.91 | 565.91 | 565.91 |
| Quarles & Brady LLP | 3210-000 | N/A | 26,752.95 | 26,752.95 | 26,752.95 |
| Quarles & Brady LLP | 3220-000 | N/A | 774.50 | 774.50 | 774.50 |
| Popowcer Katten | 3410-000 | N/A | 7,179.00 | 7,179.00 | 7,179.00 |
| Popowcer Katten | 3420-000 | N/A | 5.50 | 5.50 | 5.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.63 | 53.63 | 53.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 128.71 | 128.71 | 128.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 148.00 | 148.00 | 148.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 162.62 | 162.62 | 162.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 157.02 | 157.02 | 157.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 140.01 | 140.01 | 140.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 164.70 | 164.70 | 164.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 149.39 | 149.39 | 149.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 144.11 | 144.11 | 144.11 |
| Rabobank, N.A. | 2600-000 | N/A | 111.38 | 111.38 | 111.38 |
| Rabobank, N.A. | 2600-000 | N/A | 116.69 | 116.69 | 116.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $49,407.43 | $49,407.43 | $48,685.51 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18P | Pension Benefit Guaranty Corporation | 5800-000 | N/A | 1,732.00 | 1,732.00 | 1,732.00 |
| 19P | Pension Benefit Guaranty Corporation | 5800-000 | N/A | 120.00 | 120.00 | 120.00 |
| 22P | Pension Benefit Guaranty Corporation | 5800-000 | N/A | 3,276.00 | 3,276.00 | 3,276.00 |
| 23P | Pension Benefit Guaranty Corporation | 5800-000 | N/A | 141.66 | 141.66 | 141.66 |
| NOTFILED | Employees' Profit Sharing Plan | 5200-000 | unknown | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $5,269.66 | $5,269.66 | $5,269.66 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cit Technology Financing Services Inc | 7100-000 | N/A | 3,823.00 | 3,823.00 | 58.52 |
| 2 | Gondal Enterprises Inc | 7100-000 | 221.29 | 221.28 | 221.28 | 3.39 |
| 3 | Wurth Baer Supply Company | 7100-000 | 326.40 | 341.30 | 341.30 | 5.22 |
| 4 | Universal Industrial Products Inc | 7100-000 | 711.65 | 711.65 | 711.65 | 10.89 |
| 5 | Omnia Industries Inc | 7100-000 | 3,334.90 | 3,334.90 | 3,334.90 | 51.05 |
| 6 | Boyle & Chase Inc | 7100-000 | 4,701.76 | 4,701.76 | 4,701.76 | 71.97 |
| 7 | Riobel | 7100-000 | 582.35 | 582.35 | 582.35 | 8.91 |
| 8 | Cal Royal | 7100-000 | 2,694.15 | 2,694.15 | 2,694.15 | 41.24 |
| 9 | Bommer Industries Inc | 7100-000 | 2,352.92 | 2,352.92 | 2,352.92 | 36.02 |
| 10 | Dekkor (North America) Inc. | 7100-000 | 24.60 | 24.60 | 24.60 | 0.38 |
| 11 | Deltana Enterprises, Inc. | 7100-000 | 2,593.52 | 2,593.52 | 2,593.52 | 39.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Rockwood Manufacturing | 7100-000 | 431.82 | 431.82 | 431.82 | 6.61 |
| 13 | Cardinal Glass Company | 7100-000 | 448.96 | 448.96 | 448.96 | 6.87 |
| 14 | Rocky Mountain Harware Inc | 7100-000 | 399.58 | 399.58 | 399.58 | 6.12 |
| 15 | Baldwin Hardware Corporation | 7100-000 | 48,567.68 | 47,161.84 | 47,161.84 | 0.00 |
| 16 | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 706,649.00 | 0.00 | 0.00 |
| 17 | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 1,346,396.00 | 1,346,396.00 | 20,609.62 |
| 18U | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 581,827.00 | 581,827.00 | 8,906.17 |
| 19U | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 30,000.00 | 30,000.00 | 459.22 |
| 20 | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 224,961.00 | 0.00 | 0.00 |
| 21 | Pension Benefit Guaranty Corporation | 7100-000 | unknown | 367,289.00 | 367,289.00 | 5,622.19 |
| 22U | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 143,521.00 | 143,521.00 | 2,196.91 |
| 23U | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 37,500.00 | 37,500.00 | 574.02 |
| NOTFILED | Rajack Hardware Co. | 7100-000 | 1,743.07 | N/A | N/A | 0.00 |
| NOTFILED | Qualarc | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| NOTFILED | Richelieu America Ltd. | 7100-000 | 1,837.63 | N/A | N/A | 0.00 |
| NOTFILED | Presley Manufacturing | 7100-000 | 80.17 | N/A | N/A | 0.00 |
| NOTFILED | RK International | 7100-000 | 769.92 | N/A | N/A | 0.00 |
| NOTFILED | Schulof Company | 7100-000 | 3,140.30 | N/A | N/A | 0.00 |
| NOTFILED | Schaub & Company | 7100-000 | 3,180.38 | N/A | N/A | 0.00 |
| NOTFILED | Security Lock Distributors | 7100-000 | 10,841.16 | N/A | N/A | 0.00 |
| NOTFILED | La Forge | 7100-000 | 190.56 | N/A | N/A | 0.00 |
| NOTFILED | Potter Roemer | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED | Merit Metal Products | 7100-000 | 702.96 | N/A | N/A | 0.00 |
| NOTFILED | Lewis Dolan, Inc. | 7100-000 | 50.41 | N/A | N/A | 0.00 |
| NOTFILED | Konica Minolta Business Sol. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Notting Hill Decorative Hard. | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Newell Rubbermaid | 7100-000 | 4,076.15 | N/A | N/A | 0.00 |
| NOTFILED | Pepper Management, LLC | 7100-000 | 39.78 | N/A | N/A | 0.00 |
| NOTFILED | Pemko Manufacturing Co. | 7100-000 | 44.22 | N/A | N/A | 0.00 |
| NOTFILED | Siro Designs, Inc. | 7100-000 | 458.08 | N/A | N/A | 0.00 |
| NOTFILED | Whitehall Products | 7100-000 | 70.81 | N/A | N/A | 0.00 |
| NOTFILED | Employees' Profit Sharing Plan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Konica Minolta Business Sol. USA Inc. | 7100-000 | 22.35 | N/A | N/A | 0.00 |
| NOTFILED | Top Knobs | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Steven A. Yellin | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Top Knobs | 7100-000 | 1,001.26 | N/A | N/A | 0.00 |
| NOTFILED | Top Notch Distributors, Inc. | 7100-000 | 18,221.54 | N/A | N/A | 0.00 |
| NOTFILED | Trimco | 7100-000 | 75.58 | N/A | N/A | 0.00 |
| NOTFILED | Von Morris Corporation | 7100-000 | 5,040.46 | N/A | N/A | 0.00 |
| NOTFILED | Unison Architectural Hardware | 7100-000 | 1,539.90 | N/A | N/A | 0.00 |
| NOTFILED | Universal Plumbing & Heating Waterware, Inc. | 7100-000 | 64.40 | N/A | N/A | 0.00 |
| NOTFILED | Steel Crest Registers & Grille | 7100-000 | 58.34 | N/A | N/A | 0.00 |
| NOTFILED | IDH by St. Simons, Inc. | 7100-000 | 65.07 | N/A | N/A | 0.00 |
| NOTFILED | Accurate Lock and Hardware One Annie Place | 7100-000 | 228.54 | N/A | N/A | 0.00 |
| NOTFILED | Acme Manufacturing Co. | 7100-000 | 350.86 | N/A | N/A | 0.00 |
| NOTFILED | Acorn Manufacturing | 7100-000 | 157.17 | N/A | N/A | 0.00 |
| NOTFILED | Addison Hardware | 7100-000 | 252.00 | N/A | N/A | 0.00 |
| NOTFILED | Activar Construction Products | 7100-000 | 109.54 | N/A | N/A | 0.00 |
| NOTFILED | Architectural Builders Hardwar | 7100-000 | 136.70 | N/A | N/A | 0.00 |
| NOTFILED | ASSA ABLOY Credit Services | 7100-000 | 6,210.97 | N/A | N/A | 0.00 |
| NOTFILED | Albert M. Lies III | 7100-000 | 88,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Akron Hardware Consultants | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Babcock Davis | 7100-000 | 194.88 | N/A | N/A | 0.00 |
| NOTFILED | Benjamin A. Yellin | 7100-000 | 1,244,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Belvedere | 7100-000 | 32.89 | N/A | N/A | 0.00 |
| NOTFILED | Gaines Mfg. | 7100-000 | 130.40 | N/A | N/A | 0.00 |
| NOTFILED | Gatco | 7100-000 | 188.51 | N/A | N/A | 0.00 |
| NOTFILED | EPCO Sales | 7100-000 | 112.11 | N/A | N/A | 0.00 |
| NOTFILED | Grand Specialties Co. | 7100-000 | 129.34 | N/A | N/A | 0.00 |
| NOTFILED | Emenee | 7100-000 | 108.81 | N/A | N/A | 0.00 |
| NOTFILED | Hardware Resources | 7100-000 | 1,127.88 | N/A | N/A | 0.00 |
| NOTFILED | Hamilton Sinkler | 7100-000 | 104.75 | N/A | N/A | 0.00 |
| NOTFILED | Janzer Corporation | 7100-000 | 129.92 | N/A | N/A | 0.00 |
| NOTFILED | Knape & Vogt | 7100-000 | 603.53 | N/A | N/A | 0.00 |
| NOTFILED | Hoppe North America, Inc. | 7100-000 | 111.91 | N/A | N/A | 0.00 |
| NOTFILED | Dorbin Metal Strip Co., Inc. | 7100-000 | 973.62 | N/A | N/A | 0.00 |
| NOTFILED | Hi Line | 7100-000 | 40.57 | N/A | N/A | 0.00 |
| NOTFILED | Don-Jo | 7100-000 | 446.95 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bouvet | 7100-000 | 262.92 | N/A | N/A | 0.00 |
| NOTFILED | Cal Crystal | 7100-000 | 195.20 | N/A | N/A | 0.00 |
| NOTFILED | Bobrick Washroom Equipment Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cifial USA, LLC | 7100-000 | 695.84 | N/A | N/A | 0.00 |
| NOTFILED | Bobrick Washroom Equipment Inc | 7100-000 | 2,914.58 | N/A | N/A | 0.00 |
| NOTFILED | Classic Hardware, Inc. | 7100-000 | 85.16 | N/A | N/A | 0.00 |
| NOTFILED | Classic Brass | 7100-000 | 493.69 | N/A | N/A | 0.00 |
| NOTFILED | Converged Communicationn Sys | 7100-000 | 352.59 | N/A | N/A | 0.00 |
| NOTFILED | Courterco, Inc. | 7100-000 | 14.43 | N/A | N/A | 0.00 |
| NOTFILED | Defined Benefit Pension Plan Defined Benefit Pension Plan | 7100-000 | 305,192.00 | N/A | N/A | 0.00 |
| NOTFILED | Konica Minolta | 7100-000 | 740.80 | N/A | N/A | 0.00 |
| NOTFILED | Colonial Bronze Company | 7100-000 | 1,629.57 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,878,266.71 | $3,507,966.63 | $2,576,356.63 | $38,715.02 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07183  
**Case Name:** CONTRACT BUILDERS HARDWARE, INC.

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 02/27/12 (f)  
**§341(a) Meeting Date:** 03/27/12

**Period Ending:** 01/25/14

**Claims Bar Date:** 06/19/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 Company operating/checking account<br>    Location: In debtor's possession; | 59,000.00 | 0.00 | | 26,563.73 | FA |
| 2 Accounts receivable.<br>    Location: In debtor's possession; | 21,000.00 | 0.00 | | 0.00 | FA |
| 3 Miscellaneous office equipment<br>    Location: In debtor's possession; | 8,000.00 | 0.00 | | 1,178.40 | FA |
| 4 Displays, shelving, tools, supplies<br>    Location: In debtor's possession, | 12,000.00 | 0.00 | | 0.00 | FA |
| 5 Finished hardware, steel doors, frames, etc<br>    Location: In debtor's possession | 430,000.00 | 0.00 | | 49,894.00 | FA |
| 6 Class Action Law Suit Award (u) | 0.00 | 0.00 | | 34.06 | FA |
| 7 Settlement with Estate of Benjamin Yellin | Unknown | 0.00 | | 15,000.00 | FA |
| 7 Assets Totals (Excluding unknown values) | **$530,000.00** | **$0.00** | | **$92,670.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report approved, distribution made

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**     May 9, 2013  (Actual)

Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-07183  
**Case Name:** CONTRACT BUILDERS HARDWARE, INC.  
**Taxpayer ID #:** **-***6551  
**Period Ending:** 01/25/14  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******10-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/12 | {1} | Cornerstone Bank & Trust | turnover of Funds from Debtor | 1129-000 | 26,085.63 | | 26,085.63 |
| 03/25/12 | {1} | CornerstoneNational Trust Co | turnover of debtor's funds - account number 01564970 | 1129-000 | 478.10 | | 26,563.73 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 26,538.73 |
| 04/04/12 | {6} | Thomas Boyle, Esq | class action settlement | 1249-000 | 14.16 | | 26,552.89 |
| 04/04/12 | {6} | Thomas Boyle, Esq | Class Action Settlement | 1249-000 | 19.90 | | 26,572.79 |
| 04/04/12 | {3} | Greater Metropolitan Title | | 1121-000 | 849.88 | | 27,422.67 |
| 04/20/12 | 101 | Trustee INsurance Aggency | | 2420-000 | | 1,932.54 | 25,490.13 |
| 04/30/12 | {3} | Truste for Certain Creditors of Consolidated | | 1290-000 | 67.52 | | 25,557.65 |
| 04/30/12 | {3} | Custom Touch Carpentry, Inc | | 1121-000 | 241.36 | | 25,799.01 |
| 04/30/12 | {3} | Design Group, Ltd | | 1121-000 | 19.64 | | 25,818.65 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.63 | 25,765.02 |
| 05/01/12 | {5} | Deborah K. Ebner, Trustee | allocation of sale proceeds received in Court to COntract case; per bank direction as deposits cannot be split between cases and only one check tendered by buyer. Check held by me in order to allow time for sale proceeds check to clear so this check won' | 1129-000 | 42,294.00 | | 68,059.02 |
| 05/07/12 | 102 | American Auction Associates, Inc | | 2500-000 | | 243.20 | 67,815.82 |
| 05/07/12 | 103 | American Auction Associates, Inc | Tribune Ad allocation of 38% of cost to this estate | 2500-000 | | 270.65 | 67,545.17 |
| 05/07/12 | 104 | American Auction Associates, Inc | inventory control allocation of 38% of cost to this estate | 2500-000 | | 52.06 | 67,493.11 |
| 05/08/12 | {5} | D. Ebner, Trustee Express Hardware | allocation of purchase price between estates | 1129-000 | 7,600.00 | | 75,093.11 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 128.71 | 74,964.40 |
| 06/06/12 | 105 | Commonwealth Edison | | 2410-000 | | 110.98 | 74,853.42 |
| 06/06/12 | 106 | Champion Energy, LLC | | 2410-000 | | 141.71 | 74,711.71 |
| 06/06/12 | 107 | AT&T | Ref # ACCT NUM 847381-70649254 | 2410-000 | | 163.62 | 74,548.09 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 148.00 | 74,400.09 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 162.62 | 74,237.47 |
| 08/20/12 | 108 | Champion Energy, LLC | | 2410-000 | | 347.45 | 73,890.02 |
| 08/22/12 | 109 | AT&T | Ref # ACCT NUM 847381-70649254 | 2410-000 | | 304.32 | 73,585.70 |
| 08/22/12 | 110 | Commonwealth Edison | account ending 2002 | 2410-000 | | 219.66 | 73,366.04 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 157.02 | 73,209.02 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 140.01 | 73,069.01 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 164.70 | 72,904.31 |

Subtotals :   $77,670.19   $4,765.88

{} Asset reference(s)

Printed: 01/25/2014 12:46 PM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-07183 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | CONTRACT BUILDERS HARDWARE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******10-66 - Checking Account |
| Taxpayer ID #: | **-***6551 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/25/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 149.39 | 72,754.92 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 144.11 | 72,610.81 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | 9999-000 | | 72,610.81 | 0.00 |
| | | | ACCOUNT TOTALS | | 77,670.19 | 77,670.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 72,610.81 | |
| | | | Subtotal | | 77,670.19 | 5,059.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $77,670.19 | $5,059.38 | |

{} Asset reference(s)  Printed: 01/25/2014 12:46 PM  V.13.13

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-07183
**Case Name:** CONTRACT BUILDERS HARDWARE, INC.

**Taxpayer ID #:** **-***6551
**Period Ending:** 01/25/14

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** Rabobank, N.A.
**Account:** ******8366 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 72,610.81 | | 72,610.81 |
| 01/31/13 | {7} | Estate of Benjamin Yellin | Per Court Order | 1141-000 | 15,000.00 | | 87,610.81 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.38 | 87,499.43 |
| 02/07/13 | 10111 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2012 FOR CASE #12-07183, Bind # 016026455 | 2300-000 | | 66.56 | 87,432.87 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.69 | 87,316.18 |
| 06/19/13 | 10112 | DEBORAH K. EBNER | Dividend paid 100.00% on $7,883.51, Trustee Compensation;  Reference: | 2100-000 | | 7,883.51 | 79,432.67 |
| 06/19/13 | 10113 | DEBORAH K. EBNER | Dividend paid 100.00% on $14.12, Trustee Expenses;  Reference: | 2200-000 | | 14.12 | 79,418.55 |
| 06/19/13 | 10114 | Popowcer Katten | Dividend paid 100.00% on $7,179.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 7,179.00 | 72,239.55 |
| 06/19/13 | 10115 | Quarles & Brady LLP | Dividend paid 100.00% on $26,752.95, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 26,752.95 | 45,486.60 |
| 06/19/13 | 10116 | Quarles & Brady LLP | Dividend paid 100.00% on $774.50, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 774.50 | 44,712.10 |
| 06/19/13 | 10117 | Popowcer Katten | Dividend paid 100.00% on $5.50, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 5.50 | 44,706.60 |
| 06/19/13 | 10118 | Pension Benefit Guaranty Corporation | Dividend paid 100.00% on $1,732.00; Claim# 18P; Filed: $1,732.00; Reference: | 5800-000 | | 1,732.00 | 42,974.60 |
| 06/19/13 | 10119 | Pension Benefit Guaranty Corporation | Dividend paid 100.00% on $120.00; Claim# 19P; Filed: $120.00; Reference: | 5800-000 | | 120.00 | 42,854.60 |
| 06/19/13 | 10120 | Pension Benefit Guaranty Corporation | Dividend paid 100.00% on $3,276.00; Claim# 22P; Filed: $3,276.00; Reference: | 5800-000 | | 3,276.00 | 39,578.60 |
| 06/19/13 | 10121 | Pension Benefit Guaranty Corporation | Dividend paid 100.00% on $141.66; Claim# 23P; Filed: $141.66; Reference: | 5800-000 | | 141.66 | 39,436.94 |
| 06/19/13 | 10122 | Cit Technology Financing Services Inc | Dividend paid 1.53% on $3,823.00; Claim# 1; Filed: $3,823.00; Reference: | 7100-000 | | 58.52 | 39,378.42 |
| 06/19/13 | 10123 | Gondal Enterprises Inc | Dividend paid 1.53% on $221.28; Claim# 2; Filed: $221.28; Reference: 3C10 | 7100-000 | | 3.39 | 39,375.03 |
| 06/19/13 | 10124 | Wurth Baer Supply Company | Dividend paid 1.53% on $341.30; Claim# 3; Filed: $341.30; Reference: 0011 | 7100-000 | | 5.22 | 39,369.81 |
| 06/19/13 | 10125 | Universal Industrial Products Inc | Dividend paid 1.53% on $711.65; Claim# 4; Filed: $711.65; Reference: 3000 | 7100-000 | | 10.89 | 39,358.92 |
| 06/19/13 | 10126 | Omnia Industries Inc | Dividend paid 1.53% on $3,334.90; Claim# 5; | 7100-000 | | 51.05 | 39,307.87 |

Subtotals :     $87,610.81     $48,302.94

{} Asset reference(s)

Printed: 01/25/2014 12:46 PM     V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 12-07183  
**Case Name:** CONTRACT BUILDERS HARDWARE, INC.  
**Taxpayer ID #:** **-***6551  
**Period Ending:** 01/25/14

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $3,334.90; Reference: 699 | | | | |
| 06/19/13 | 10127 | Boyle & Chase Inc | Dividend paid 1.53% on $4,701.76; Claim# 6; Filed: $4,701.76; Reference: 0146 | 7100-000 | | 71.97 | 39,235.90 |
| 06/19/13 | 10128 | Riobel | Dividend paid 1.53% on $582.35; Claim# 7; Filed: $582.35; Reference: 5106 | 7100-000 | | 8.91 | 39,226.99 |
| 06/19/13 | 10129 | Cal Royal | Dividend paid 1.53% on $2,694.15; Claim# 8; Filed: $2,694.15; Reference: CNTA | 7100-000 | | 41.24 | 39,185.75 |
| 06/19/13 | 10130 | Bommer Industries Inc | Dividend paid 1.53% on $2,352.92; Claim# 9; Filed: $2,352.92; Reference: 5000 | 7100-000 | | 36.02 | 39,149.73 |
| 06/19/13 | 10131 | Dekkor (North America) Inc. | Dividend paid 1.53% on $24.60; Claim# 10; Filed: $24.60; Reference: | 7100-000 | | 0.38 | 39,149.35 |
| 06/19/13 | 10132 | Deltana Enterprises, Inc. | Dividend paid 1.53% on $2,593.52; Claim# 11; Filed: $2,593.52; Reference: 0370 | 7100-000 | | 39.70 | 39,109.65 |
| 06/19/13 | 10133 | Rockwood Manufacturing | Dividend paid 1.53% on $431.82; Claim# 12; Filed: $431.82; Reference: 2921 | 7100-000 | | 6.61 | 39,103.04 |
| 06/19/13 | 10134 | Cardinal Glass Company | Dividend paid 1.53% on $448.96; Claim# 13; Filed: $448.96; Reference: 3993 | 7100-000 | | 6.87 | 39,096.17 |
| 06/19/13 | 10135 | Rocky Mountain Harware Inc | Dividend paid 1.53% on $399.58; Claim# 14; Filed: $399.58; Reference: 3635 | 7100-000 | | 6.12 | 39,090.05 |
| 06/19/13 | 10136 | Baldwin Hardware Corporation | Dividend paid 1.53% on $47,161.84; Claim# 15; Filed: $47,161.84; Reference: 0396 Stopped on 11/04/13 | 7100-000 | | 721.92 | 38,368.13 |
| 06/19/13 | 10137 | Pension Benefit Guaranty Corporation | Dividend paid 1.53% on $1,346,396.00; Claim# 17; Filed: $1,346,396.00; Reference: | 7100-000 | | 20,609.62 | 17,758.51 |
| 06/19/13 | 10138 | Pension Benefit Guaranty Corporation | Dividend paid 1.53% on $581,827.00; Claim# 18U; Filed: $581,827.00; Reference: | 7100-000 | | 8,906.17 | 8,852.34 |
| 06/19/13 | 10139 | Pension Benefit Guaranty Corporation | Dividend paid 1.53% on $30,000.00; Claim# 19U; Filed: $30,000.00; Reference: | 7100-000 | | 459.22 | 8,393.12 |
| 06/19/13 | 10140 | Pension Benefit Guaranty Corporation | Dividend paid 1.53% on $367,289.00; Claim# 21; Filed: $367,289.00; Reference: | 7100-000 | | 5,622.19 | 2,770.93 |
| 06/19/13 | 10141 | Pension Benefit Guaranty Corporation | Dividend paid 1.53% on $143,521.00; Claim# 22U; Filed: $143,521.00; Reference: | 7100-000 | | 2,196.91 | 574.02 |
| 06/19/13 | 10142 | Pension Benefit Guaranty Corporation | Dividend paid 1.53% on $37,500.00; Claim# 23U; Filed: $37,500.00; Reference: | 7100-000 | | 574.02 | 0.00 |
| 11/04/13 | 10136 | Baldwin Hardware Corporation | Dividend paid 1.53% on $47,161.84; Claim# 15; Filed: $47,161.84; Reference: 0396 Stopped: check issued on 06/19/13 | 7100-000 | | -721.92 | 721.92 |
| 11/04/13 | 10143 | Clerk of US Bankruptcy Court | Voided on 11/04/13 | 2700-000 | | 721.92 | 0.00 |
| 11/04/13 | 10143 | Clerk of US Bankruptcy Court | Voided: check issued on 11/04/13 | 2700-000 | | -721.92 | 721.92 |

Subtotals: $0.00 $38,585.95

{} Asset reference(s)

Printed: 01/25/2014 12:46 PM V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 12-07183  
**Case Name:** CONTRACT BUILDERS HARDWARE, INC.  
**Taxpayer ID #:** **-***6551  
**Period Ending:** 01/25/14

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/04/13 | 10144 | Clerk of US Bankruptcy Court | | 2700-000 | | 721.92 | 0.00 |
| | | | ACCOUNT TOTALS | | 87,610.81 | 87,610.81 | $0.00 |
| | | | Less: Bank Transfers | | 72,610.81 | 0.00 | |
| | | | Subtotal | | 15,000.00 | 87,610.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,000.00 | $87,610.81 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******10-66 | 77,670.19 | 5,059.38 | 0.00 |
| Checking # ******8366 | 15,000.00 | 87,610.81 | 0.00 |
| | $92,670.19 | $92,670.19 | $0.00 |

{} Asset reference(s)

Printed: 01/25/2014 12:46 PM     V.13.13